PROB 12C
(6/16)

Report Date: November 26, 2018

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 26, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joey Valentino Reyes    Case Number: 0980 2:18CR00193-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Alan B. Johnson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: February 24, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Possess with intent to distribute and to distribute methamphetamine, 21 U.S.C. § 841(b)(1)(A) and 846; Possession of a Firearm in Furtherance of a Drug Trafficking Offense, 18 U.S.C. § 924(c)(1)(A)(I); | | |
| Original Sentence: | Prison - 211 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | TBD | Date Supervision Commenced: | May 11, 2018 |
| Defense Attorney: | TBD | Date Supervision Expires: | May 10, 2023 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Standard Condition #7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

**Supporting Evidence**: Mr. Reyes submitted multiple urine tests that were presumptive positive for methamphetamine and he admitted to and signed a form acknowledging his drug use.

On May 17, 2018, this officer met with and reviewed the judgement and sentence which outlined the conditions of supervised release.  Mr. Reyes signed the judgment and sentence acknowledging he understood the requirements of supervision and he was provided with a copy of the document.

Mr. Reyes provided a urine sample on September 28, 2018, that tested positive for methamphetamine.  He admitted to his drug use and stated he had been using the drug "off and on" for the past several weeks.  He agreed to complete an assessment and comply with any recommended treatment.

Prob12C
**Re: Reyes, Joey Valentino**
**November 26, 2018**
**Page 2**

During a home visit on October 26, 2018, Mr. Reyes admitted he used methamphetamine on October 21, 2018. He signed an admission form confirming his use of the drug.

Mr. Reyes missed his random urine test on November 15, 2018. He made up the test on November 16, 2018, which was presumptive positive for methamphetamine. He initially denied any drug use but later admitted he consumed methamphetamine on or about November 11 or 12, 2018. He signed an admission form confirming his use of the drug.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 26, 2018

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

11/26/2018

Date