PROB 12C
(6/16)

Report Date: December 7, 2018

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 07, 2018

SEAN F. McAVOY, CLERK

Name of Offender: Joey Valentino Reyes              Case Number: 0980 2:18CR00193-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Alan B Johnson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: February 24, 2010

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine, 21 U.S.C. § 841(b)(1)(A) and 846; Possession of a Firearm in Furtherance of a Drug Trafficking Offense, 18 U.S.C. § 924(c)(1)(A)(I) |
| Original Sentence: | Prison - 211 months; TSR - 60 months |
| Asst. U.S. Attorney: | TBD |
| Defense Attorney: | TBD |

Type of Supervision: Supervised Release

Date Supervision Commenced: May 11, 2018

Date Supervision Expires: May 10, 2023

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/26/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition #7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician. |

**Supporting Evidence**: Mr. Reyes provided random urine tests that were presumptive positive for methamphetamine on November 27 and 28, 2018. These specimens were later confirmed positive for amphetamine and methamphetamine through laboratory analysis. He signed an admission form on November 28, 2018, acknowledging his use of methamphetamine on or about November 25, 2018.

On May 17, 2018, this officer met with and reviewed the judgement and sentence which outlined the conditions of supervised release. Mr. Reyes signed the judgment and sentence acknowledging he understood the requirements of supervision and he was provided with a copy of the document.

Prob12C
**Re: Reyes, Joey Valentino**
**December 7, 2018**
**Page 2**

Mr. Reyes provided a urine sample on November 27, 2018, as part of his treatment assessment. This specimen was sent for laboratory analysis and confirmed positive for amphetamine and methamphetamine on November 30, 2018.

Mr. Reyes provided a random urine sample on November 28, 2018, which tested positive for methamphetamine. He signed an admission form confirming he last used methamphetamine on or about November 25, 2018. This sample was determined to be positive for amphetamine and methamphetamine on November 30, 2018, through laboratory analysis.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 7, 2018

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

12/7/2018

Date