PROB 12C
(6/16)

Report Date: December 12, 2018

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joey Valentino Reyes      Case Number: 0980 2:18CR00193-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Alan B. Johnson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: February 24, 2010

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine, 21 U.S.C. §§ 841(b)(1)(A) and 846; Possession of a Firearm in Furtherance of a Drug Trafficking Offense, 18 U.S.C. § 924(c)(1)(A)(I) |
| Original Sentence: | Prison - 211 months; TSR - 60 months     Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | TBD     Date Supervision Commenced: May 11, 2018 |
| Defense Attorney: | TBD     Date Supervision Expires: May 10, 2023 |

## PETITIONING THE COURT

To issue a warrant and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 11/26/2018, and 12/7/2018.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition**: While on supervised release, the defendant shall not illegally possess a controlled substance. Revocation of supervised release is mandatory for possession of a controlled substance. The defendant shall submit to one drug test within fifteen (15) days of release from imprisonment and at least two periodic drug test thereafter, as directed by the U.S. Probation Officer. |
| | **Supporting Evidence**: Mr. Reyes is alleged to have violated his conditions of release on December 10, 2018, by being in possession of controlled substances; heroin and methamphetamine. |
| | On May 17, 2018, a U.S. Probation Officer met with and reviewed the judgment and sentence which outlined the conditions of supervised release. Mr. Reyes signed the judgment and sentence acknowledging he understood the requirements of supervision and he was provided with a copy of the document. |
| | On December 10, 2018, U.S. Probation Officers, with the assistance of officers from the Columbia River Drug Task Force conducted a search of Mr. Reyes' apartment, 2833 Euclid |

Prob12C
**Re: Reyes, Joey Valentino**
**December 12, 2018**
**Page 2**

Avenue, in Wenatchee, Washington. During the search, officers discovered a small plastic bag that contained a white powdery substance on the floor of Mr. Reyes' bedroom, a small glass container with a white substance on top of the dresser in Mr. Reyes' bedroom and an empty Marlboro cigarette container with a black tar like substance behind the dresser in Mr. Reyes' bedroom.

At the conclusion of the search, a detective from the Columbia River Drug Task Force took possession of the alleged controlled substances and field tested them on December 11, 2018. The white powdery substance field tested positive for methamphetamine and the substance in the Marlboro cigarette container field tested positive for heroin. The detective is requesting felony charges be filed against Mr. Reyes for possession of a controlled substance; case number 18C13939. At the time this report was written, charges have not been filed.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violation contained in this petition in future proceeding with the violations previously reported to the Court on 11/26/2018, and 12/7/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 12, 2018

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

12/12/2018

Date