PROB 12C
(6/16)

Report Date: December 6, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 06, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joey Valentino Reyes | Case Number: 0980 2:18CR00193-RMP-1 |
| Address of Offender: | Washington 98168 |

Name of Sentencing Judicial Officer:  The Honorable Alan B. Johnson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: February 24, 2010

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with intent to distribute and to distribute methamphetamine, 21 U.S.C. § 841(b)(1)(A) and 846<br>Possession of a Firearm in Furtherance of a Drug Trafficking Offense, 18 U.S.C. § 924(c)(1)(A)(I); |
| Original Sentence: | Prison - 211 months<br>TSR - 60 months |     Type of Supervision: Supervised release |
| Revocation Sentence<br>April 23, 2019 | Prison - 160 days<br>TSR - 54 months |
| Revocation Sentence<br>August 8, 2019 | Prison - 4 months<br>TSR - 48 months |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: November 8, 2019 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: December 12, 2023 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, not no more than six tests per month, in order to confirmed continued abstinence from these substances.<br><br>**Supporting Evidence**: On November 18, 2019, Joey Valentine Reyes submitted a urine sample for drug testing in the Western District of Washington which returned presumptive positive for amphetamine.  He admitted to and signed a form acknowledging his drug use. |

Prob12C
**Re: Reyes, Joey Valentino**
**December 6, 2019**
**Page 2**

On November 12, 2019, an officer from the Western District of Washington met with and reviewed the revocation judgement and sentence which outlined the conditions of supervised release. Mr. Reyes signed an acknowledgment confirming he read or had read to him the conditions of supervision set forth in the attached judgment, and fully understand them. He was provided with a copy of the document.

Mr. Reyes provided a urine sample on November 18, 2019, which tested positive for amphetamine. November 27, 2019, he admitted to using amphetamine on the listed dated. He signed an admission form confirming his drug use.

2   **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, not no more than six tests per month, in order to confirmed continued abstinence from these substances.

**Supporting Evidence**: On December 4, 2019, Joey Valentine Reyes disclosed to his officer in the Western District of Washington, he used amphetamines on or about December 1, 2019.

On November 12, 2019, an officer from the Western District of Washington met with and reviewed the revocation judgement and sentence which outlined the conditions of supervised release. Mr. Reyes signed an acknowledgment confirming he read or had read to him the conditions of supervision set forth in the attached judgment, and fully understand them. He was provided with a copy of the document.

On December 4, 2019, Joey Valentine Reyes disclosed to his officer in the Western District of Washington, he had used amphetamines on December 1, 2019. He submitted a urine sample on December 3, 2019. While the results have not been reported, Mr. Reyes stated the test would likely return positive for amphetamines due to his use. He will be meeting with the officer on December 6, 2019, and agreed to sign an admission form confirming his drug use.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 6, 2019

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

Prob12C
**Re: Reyes, Joey Valentino**
**December 6, 2019**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

                                                                    _____
                                                                    Signature of Judicial Officer

                                                                    12/6/2019
                                                                    _____
                                                                    Date