PROB 12C
(6/16)

Report Date: June 10, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Joey Valentino Reyes | | Case Number: 0980 2:18CR00193-RMP-1 |
| Address of Offender: | | Washington 99202 |

Name of Sentencing Judicial Officer: The Honorable Alan B. Johnson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: February 24, 2010

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine, 21 U.S.C. §§ 841(b)(1)(A) and 846 Possession of a Firearm in Furtherance of a Drug Trafficking Offense, 18 U.S.C. § 924(c)(1)(A)(I). | |
| Original Sentence: | Prison - 211 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(April 23, 2019) | Prison - 160 days<br>TSR -  54 months, 20 days | |
| Revocation Sentence:<br>(August 8, 2019) | Prison - 4 months<br>TSR - 48 months | |
| Revocation Sentence:<br>(March 10, 2020) | Prison - 85 days<br>TSR - 46 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: March 12, 2020 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: January 11, 2024 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about you living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

Prob12C
**Re: Reyes, Joey Valentino**
**June 10, 2020**
**Page 2**

**Supporting Evidence**: Joey Reyes violated the terms of his supervised release by changing his residence without approval of the probation officer and failing to report a change in residence on or about June 2, 2020.

On March 10, 2020, Mr. Reyes was sentenced under a revocation judgment. He was granted credit for time served. On March 12, 2020, he entered inpatient treatment at Pioneer Center East (PCE). He discharged on April 30, 2020, and a supervision intake was completed on May 5, 2020. At that time, he acknowledged an understanding of the conditions imposed by the Court, to include standard condition number 5 noted above.

On May 6, 2020, Mr. Reyes began residing at the Union Gospel Mission in Spokane, Washington. He indicated a desire to participate in their long-term recovery program.

On June 4, 2020, Mr. Reyes communicated via text messaging with the undersigned to report various appointments he had attended, but made no reference to changing his residence.

On June 8, 2020, the undersigned contacted the Union Gospel Mission to learn that he had left the UGM on the evening of June 2, 2020, and had not returned until Saturday June 13, 2020, to pick up his belongings.

Attempts were made to contact Mr. Reyes by telephone, but were unsuccessful. His whereabouts are currently unknown.

2  **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Joey Reyes violated the terms of his supervised release by failing to appear for a random urinalysis test on or about June 4, 2020.

On March 10, 2020, Mr. Reyes was sentenced under a revocation judgment. He was granted credit for time served. On March 12, 2020, he entered inpatient treatment at Pioneer Center East (PCE). He discharged on April 30, 2020, and a supervision intake was completed on May 5, 2020. At that time, he acknowledged an understanding of the conditions imposed by the Court, to include special condition number 3 noted above.

On May 5, 2020, Mr. Reyes was placed on phase drug testing at Pioneer Counseling Services (PCS). He was directed to call the testing line daily and report for testing on days his color was called.

On June 5, 2020, PCS notified the probation officer that Mr. Reyes did not show for testing on June 4, 2020.

At this time, his whereabouts are unknown.

Prob12C
Re: Reyes, Joey Valentino
June 10, 2020
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 10, 2020

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

6/10/2020

Date