PROB 12C
(6/16)

Report Date: December 4, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 07, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joey Valentino Reyes          Case Number: 0980 2:18CR00193-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Alan B. Johnson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: February 24, 2010

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine, 21 U.S.C. §§ 841(b)(1)(A) and 846; Possession of a Firearm in Furtherance of a Drug Trafficking Offense, 18 U.S.C. § 924(c)(1)(A)(I). |
| Original Sentence: | Prison - 211 months    Type of Supervision: Supervised Release
TSR - 60 months |
| Revocation Sentence:
(April 23, 2019) | Prison - 160 days
TSR -  54 months, 20 days |
| Revocation Sentence:
(August 8, 2019) | Prison - 4 months
TSR - 48 months |
| Revocation Sentence:
(March 10, 2020) | Prison - 85 days
TSR - 46 months |
| Asst. U.S. Attorney: | George J.C. Jacobs, III    Date Supervision Commenced: March 12, 2020 |
| Defense Attorney: | Federal Defenders Office    Date Supervision Expires: January 11, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 6/10/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 1**: You must not commit another Federal, state, or local crime. |
| | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law. |

Prob12C
Re: Reyes, Joey Valentino
December 4, 2020
Page 2

**Supporting Evidence**: It is alleged Joey Reyes violated the terms of his supervised release by being charged with possession of a controlled substance, methamphetamine, on or about November 6, 2020.

On March 10, 2020, Mr. Reyes was sentenced under a revocation judgment. He was granted credit for time served. On March 12, 2020, he entered inpatient treatment at PCE. He discharged on April 30, 2020, and a supervision intake was completed on May 5, 2020. At that time, he acknowledged an understanding of the conditions imposed by the Court, to include mandatory condition number 2, noted above.

On June 10, 2020, following the filing of a petition alleging a number of violations of supervised release, a warrant was issued for Mr. Reyes' arrest.

On November 6, 2020, during the course of a criminal investigation, a search warrant was executed at Cedars Inn located in Wenatchee, Washington, where Mr. Reyes had been observed. Upon entering the residence, a number of individuals were located, to include Mr. Reyes. Among the items located were: 7 bags of green vegetative matter, marijuana, bond and mortgage documents, 2 baggies containing methamphetamine residue, a white crystal substance in a tin can, and drug paraphernalia.

Mr. Reyes was interviewed and admitted to ownership of the marijuana. He further admitted the baggies located in his pocket contained methamphetamine residue, and admitted to being a methamphetamine user.

Charges remain pending out of Douglas County Superior Court, under case number 20W15571.

4   **Mandatory Condition # 1**: You must not commit another Federal, state, or local crime.

**Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: It is alleged Joey Reyes violated the terms of his supervised release by being charged with possession of a controlled substance, marijuana (more than 40 grams), on or about November 6, 2020.

On March 10, 2020, Mr. Reyes was sentenced under a revocation judgment. He was granted credit for time served. On March 12, 2020, he entered inpatient treatment at PCE. He discharged on April 30, 2020, and a supervision intake was completed on May 5, 2020. At that time, he acknowledged an understanding of the conditions imposed by the Court, to include mandatory condition number 2, noted above.

On June 10, 2020, following the filing of a petition alleging a number of violations of supervised release, a warrant was issued for Mr. Reyes' arrest.

On November 6, 2020, during the course of a criminal investigation, a search warrant was executed at Cedars Inn located in Wenatchee, Washington, where Mr. Reyes had been observed. Upon entering the residence, a number of individuals were located, to include Mr. Reyes. Among the items located were: 7 bags of green vegetative matter (later reported as

5 pounds of marijuana), marijuana, bond and mortgage documents, 2 baggies containing methamphetamine residue, a white crystal substance in a tin can, and drug paraphernalia.

Mr. Reyes was interviewed and admitted to ownership of the marijuana. He further admitted the baggies located in his pocket contained methamphetamine residue.

Charges remain pending out of Douglas County Superior Court, under case number 20W15571.

5  **Special Condition #2** : You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged Joey Reyes violated the terms of his supervised release by failing to attend substance abuse treatment on or about June 2, 2020, or since.

On March 10, 2020, Mr. Reyes was sentenced under a revocation judgment. He was granted credit for time served. On March 12, 2020, he entered inpatient treatment at PCE. He discharged on April 30, 2020, and a supervision intake was completed on May 5, 2020. At that time, he acknowledged an understanding of the conditions imposed by the Court, to include special condition number 2, noted above.

On May 15, 2020, Mr. Reyes began outpatient treatment services with Spokane Addiction and Recovery Centers (SPARC). Mr. Reyes last appeared for services on May 29, 2020. On June 29, 2020, SPARC sent Mr. Reyes a letter advising he would be discharged unsuccessfully from services if he failed to respond within 7 days. Mr. Reyes did not make contact with SPARC, and has since been unsuccessfully terminated from the program.

6  **Special Condition # 6**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

**Supporting Evidence**: It is alleged Joey Reyes violated the terms of his supervised release by failing to attend mental health treatment on or about June 2, 2020, or since.

On March 10, 2020, Mr. Reyes was sentenced under a revocation judgment. He was granted credit for time served. On March 12, 2020, he entered inpatient treatment at PCE. He discharged on April 30, 2020, and a supervision intake was completed on May 5, 2020. On May 4, 2020, a request for modifying the condition or term of supervision with consent of the offender was filed to add special condition number 6, noted above.

During his supervision intake, he acknowledged an understanding of the conditions imposed by the Court, to include special condition number 6, noted above.

On May 14, 2020, Mr. Reyes completed a mental health evaluation with Robert Shepard. It was recommended he attend two counseling sessions per month.

Prob12C
**Re: Reyes, Joey Valentino**
**December 4, 2020**
**Page 4**

On June 11, 2020, he was scheduled to attend a mental health counseling session. He failed to appear for this session.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/04/2020

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

12/7/2020

Date