PROB 12C
(6/16)

Report Date: January 27, 2021

# United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 27, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joey Valentino Reyes     Case Number: 0980 2:18CR00193-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Alan B. Johnson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: February 24, 2010

Original Offense:    Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine, 21 U.S.C. §§ 841(b)(1)(A) and 846; Possession of a Firearm in Furtherance of a Drug Trafficking Offense, 18 U.S.C. § 924(c)(1)(A)(I).

Original Sentence:    Prison - 211 months     Type of Supervision: Supervised Release
                      TSR - 60 months

Revocation Sentence:    Prison - 160 days
(April 23, 2019)        TSR -   54 months, 20 days

Revocation Sentence:    Prison - 4 months
(August 8, 2019)        TSR - 48 months

Revocation Sentence:    Prison - 85 days
(March 10, 2020)        TSR - 46 months

Asst. U.S. Attorney:    George J.C. Jacobs, III     Date Supervision Commenced: March 12, 2020

Defense Attorney:       Federal Defenders Office    Date Supervision Expires: January 11, 2024

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 06/10/2020 and 12/04/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #1**: You must not commit another Federal, state, or local crime. |
|   | **Supporting Evidence**: It is alleged Joey Reyes violated the terms of his supervised release by being charged with residential burglary, on or about December 20, 2020. |
|   | On March 10, 2020, Mr. Reyes was sentenced under a revocation judgment. He was granted credit for time served. On March 12, 2020, he entered inpatient treatment at Pioneer Center |

East (PCE). He was discharged from PCE on April 30, 2020, and a supervision intake was completed on May 5, 2020. At that time, he acknowledged an understanding of the conditions imposed by the Court, to include mandatory condition number 1, noted above.

On June 10, 2020, following the filing of a petition alleging a number of violations of supervised release, a warrant was issued for Mr. Reyes' arrest.

On November 6, 2020, Mr. Reyes was arrested and charged with possession of a controlled substance, methamphetamine, and possession of a controlled substance, marijuana. He was ultimately released, and his U.S. Marshal warrant remained active.

The probable cause statement from the Grant County Sheriff's Office (GCSO) indicated, on December 20, 2020, GCSO responded to a residential burglary that had occurred in Quincy, Washington. The reporting party observed a gray Toyota Camry leaving the residence. The vehicle was observed by the GCSO and they activated their emergency lights and siren and the vehicle failed to stop. The vehicle continued to speed and then ran a stop sign. After running through another stop sign, it became airborne, but proceeded to elude officers, then ran another stop sign, and eventually the driver, later identified as Joey Reyes, ran from the vehicle. He was eventually apprehended and taken into custody.

The passenger was identified as Blanca Perez. Ms. Perez told deputies that Mr. Reyes had walked out of a residence with a television, but could not provide the current location of the television, other than "on a canal bank somewhere."

Deputies then interviewed Mr. Reyes after he was read his Miranda rights. Mr. Reyes acknowledged knowing the deputy was behind him with his emergency lights on. The vehicle Mr. Reyes was driving was noted to be stolen. Mr. Reyes indicated he thought he bought the vehicle, but also advised he would not be surprised if it was stolen. Due to Mr. Reyes reporting drug use, he was transported to the hospital by emergency medical technicians for medical clearance.

The victim of the residential burglary advised deputies that they had observed a gray Toyota Camry leaving the area of their residence. They also observed a passenger in the back seat who was holding a television. The victim then observed that their residence had been broken into, and the television had been stolen.

Mr. Reyes has been charged in Grant County Superior Court, under case number 20-1-0056-13, with residential burglary, possession of a stolen vehicle, and attempting to elude a police vehicle.

| | |
|---|---|
| 8 | **Mandatory Condition #1**: You must not commit another Federal, state, or local crime.

**Supporting Evidence**: It is alleged Joey Reyes violated the terms of his supervised release by being charged with possession of a stolen vehicle, on or about December 20, 2020.

On March 10, 2020, Mr. Reyes was sentenced under a revocation judgment. He was granted credit for time served. On March 12, 2020, he entered inpatient treatment at PCE. He was discharged from PCE on April 30, 2020, and a supervision intake was completed on May 5, 2020. At that time, he acknowledged an understanding of the conditions imposed by the Court, to include mandatory condition number 1, noted above. |

On June 10, 2020, following the filing of a petition alleging a number of violations of supervised release, a warrant was issued for Mr. Reyes' arrest.

On November 6, 2020, Mr. Reyes was arrested and charged with possession of a controlled substance, methamphetamine, and possession of a controlled substance, marijuana. He was ultimately released, and his U.S. Marshal warrant remained active.

The probable cause statement from the GCSO indicated, on December 20, 2020, GCSO responded to a residential burglary that had occurred in Quincy, Washington. The reporting party observed a gray Toyota Camry leaving the residence. The vehicle was observed by the GCSO and they activated their emergency lights and siren and the vehicle failed to stop. The vehicle continued to speed and then ran a stop sign. After running through another stop sign, it became airborne, but proceeded to elude officers, then run another stop sign and eventually the driver, later identified as Joey Reyes, ran from the vehicle. He was eventually apprehended and taken into custody.

The passenger was identified as Blanca Perez. Ms. Perez told deputies Mr. Reyes had walked out of a residence with a television, but could not provide the current location of the television other than "on a canal bank somewhere."

Deputies then interviewed Mr. Reyes after he was read his Miranda rights. Mr. Reyes acknowledged knowing the deputy was behind him with his emergency lights on. The vehicle Mr. Reyes was driving was noted to be stolen. Mr. Reyes indicated he thought he had bought the vehicle, but also advised he would not be surprised if it was stolen. Due to Mr. Reyes reporting drug use, he was transported to the hospital by emergency medical technicians for medical clearance.

The victim of the residential burglary advised deputies that they had observed a gray Toyota Camry leaving the area of their residence. They also observed a passenger in the back seat who was holding a television. The victim then observed that their residence had been broken into, and the television had been stolen.

Mr. Reyes has been charged in Grant County Superior Court, under case number 20-1-00516-13, with residential burglary, possession of a stolen vehicle, and attempting to elude a police vehicle.

9     **Mandatory Condition #**: You must not commit another Federal, state, or local crime.

**Supporting Evidence**: It is alleged Joey Reyes violated the terms of his supervised release by being charged with attempting to elude a police vehicle, on or about December 20, 2020.

On March 10, 2020, Mr. Reyes was sentenced under a revocation judgment. He was granted credit for time served. On March 12, 2020, he entered inpatient treatment at PCE. He was discharged from PCE on April 30, 2020, and a supervision intake was completed on May 5, 2020. At that time, he acknowledged an understanding of the conditions imposed by the Court, to include mandatory condition number 1, noted above.

On June 10, 2020, following the filing of a petition alleging a number of violations of supervised release, a warrant was issued for Mr. Reyes' arrest.

Prob12C
**Re: Reyes, Joey Valentino**
**January 27, 2021**
Page 4

On November 6, 2020, Mr. Reyes was arrested and charged with possession of a controlled substance, methamphetamine, and possession of a controlled substance, marijuana. He was ultimately released, and his U.S. Marshal warrant remained active.

The probable cause statement from the GCSO indicated, on December 20, 2020, GCSO responded to a residential burglary that had occurred in Quincy, Washington. The reporting party observed a gray Toyota Camry leaving the residence. The vehicle was observed by the GCSO and they activated their emergency lights and siren and the vehicle failed to stop. The vehicle continued to speed and then ran a stop sign. After running through another stop sign, it became airborne, but proceeded to elude officers, then run another stop sign, and eventually the driver, later identified as Joey Reyes, ran from the vehicle. He was eventually apprehended and taken into custody.

The passenger was identified as Blanca Perez. Ms. Perez told deputies Mr. Reyes had walked out of a residence with a television, but could not provide the current location of the television other than "on a canal bank somewhere."

Deputies then interviewed Mr. Reyes after he was read his Miranda rights. Mr. Reyes acknowledged knowing the deputy was behind him with his emergency lights on. The vehicle Mr. Reyes was driving was noted to be stolen. Mr. Reyes indicated he thought he had bought the vehicle, but also advised he would not be surprised if it were stolen. Due to Mr. Reyes reporting drug use, he was transported to the hospital by emergency medical technicians for medical clearance.

The victim of the residential burglary advised deputies that they had observed a gray Toyota Camry leaving the area of their residence. They also observed a passenger in the back seat who was holding a television. The victim then observed that their residence had been broken into, and the television had been stolen.

Mr. Reyes has been charged in Grant County Superior Court, under case number 20-1-00516-13, with residential burglary, possession of a stolen vehicle, and attempting to elude a police vehicle.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/27/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Reyes, Joey Valentino**
**January 27, 2021**
**Page 5**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

1/27/2021
Date