PROB 12C
(6/16)

Report Date: August 12, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 12, 2022**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joey Valentino Reyes     Case Number: 0980 2:18CR00193-RMP-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓ Quincy, Washington 98848

Name of Sentencing Judicial Officer: The Honorable Alan B. Johnson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: February 24, 2010

| | |
|---|---|
| Original Offense: | Conspiracy to Possess With Intent to Distribute, and to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1),(b)(1)(A) and 846; Possession of a Firearm in Furtherance of a Drug Trafficking Offense, 18 U.S.C. § 924(c)(1)(A)(I); |
| Original Sentence: | Prison - 211 months      Type of Supervision: Supervised Release<br>TSR - 60 months |
| Revocation Sentence:<br>(April 23, 2019) | Prison - 160 days<br>TSR - 54 months, 20 days |
| Revocation Sentence:<br>(August 8, 2019) | Prison - 4 months<br>TSR - 48 months |
| Revocation Sentence:<br>(March 10, 2020) | Prison - 85 days<br>TSR - 46 months |
| Revocation Sentence:<br>(August 26, 2021) | Prison - 10 months<br>TSR - 60 months |
| Asst. U.S. Attorney: | George J. C. Jacobs, III     Date Supervision Commenced: June 2, 2022 |
| Defense Attorney: | Molly M. Winston             Date Supervision Expires: June 1, 2027 |

### PETITIONING THE COURT

To issue a warrant.

On June 2, 2022, Joey Valentino Reyes began his fifth term of supervised release. On June 14, 2022, a probation officer reviewed the revocation judgment with Mr. Reyes; he acknowledged a full understanding of his conditions of supervised release and signed his judgment.

The probation officer believes that the offender has violated the following conditions of supervision:

Prob12C
Re: Reyes, Joey Valentino
August 12, 2022
Page 2

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. Reyes is considered to be in violation of his conditions of supervised release by failing to complete a substance abuse evaluation as directed by this officer on June 28, 2022.

On June 28, 2022, this officer directed Mr. Reyes to schedule a substance abuse evaluation at The Center for Alcohol and Drug Treatment (The Center) in Wenatchee, Washington, since he was already going to The Center to provide a color line drug test.

According to staff at The Center, Mr. Reyes never scheduled a substance abuse evaluation and has not started outpatient treatment at The Center.

| | |
|---|---|
| 2 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Reyes is considered to be in violation of his conditions of supervised release by failing to report for a random drug test on July 8, 2022, at The Center.

On July 11, 2022, this officer received a call from staff at The Center. Staff reported the offender called The Center on July 8, 2022, and was notified that it was his day for a random drug test. Mr. Reyes informed staff at The Center he would show up for his drug test by the end of the day on July 8, 2022. However, Mr. Reyes failed to report as directed to provide a drug test and he has not called the color line since July 8, 2022.

| | |
|---|---|
| 3 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: Mr. Reyes is considered to be in violation of his conditions of supervised release by changing his living arrangements and failing to notify this officer on or before August 10, 2022.

On August 10, 2022, this officer attempted to complete an unannounced home visit at Mr. Reyes' listed address. This officer spoke with a family member of Mr. Reyes and the family member reported Mr. Reyes does not live at the address and he only comes to the address when he knows probation is coming to the house. The family member did not know where Mr. Reyes was staying and did not have a good contact number for him.

Prob12C
**Re: Reyes, Joey Valentino**
**August 12, 2022**
**Page 3**

    4    **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

    **Supporting Evidence**:  Mr. Reyes is considered to be in violation of his conditions of supervised release by failing to report to the probation office on August 11, 2022, by 3 p.m.

    On August 10, 2022, this officer attempted to complete an unannounced home visit at Mr. Reyes' listed address.  Mr. Reyes was not at his listed residence and this officer left a business card directing Mr. Reyes to report to the probation office in Yakima, Washington, by 3 p.m. on August 11, 2022.  Mr. Reyes failed to report as directed and made no effort to contact this officer to explain why he could not report.  Mr. Reyes is not responding to this officer's attempts to contact him and his current whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 12, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

8/12/2022
Date